

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/30/2014 9:37:48 AM
CATHY S. LUSK
Clerk

December 23, 2014

Ms. Reba Squyres
District Clerk
Angelina County
P. O. Box 908
Lufkin, TX 75902-0908
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:           12-14-00004-CR
       Trial Court Case Number:   28,649

**Style:**  Treaver Allred
        v.
        The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C Mr. Steven Greene (DELIVERED VIA E-MAIL)
C Mr. Art Bauereiss (DELIVERED VIA E-MAIL)
:

Mandate executed on 30th day of December, 2014.

Brief explanation of action taken: Mandate file stamped and entered

S/ROBIN J. CRAIN District/County Clerk

1517 WEST FRONT STREET ● SUITE 354 ● TYLER, TX 75702 ● TEL: 903-593-8471 ● FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us